## IN THE MATTER OF MATTHEW CORRIGAN.

*Right to Hold Office.*

Where an application for a writ of habeas corpus involved the right of a certain person to act as justice of the peace, the court declined to consider that question except in a proceeding instituted against the person himself.

HABEAS CORPUS. Submitted June 13. Decided June 13.

D. J. McCARTHY for the writ.

PER CURIAM. This is an application for a writ of habeas corpus. The real question made by the application is the right of a person acting as a justice of the peace to perform the duties of that office, it being claimed that the legislation under which he was chosen was unconstitutional.

We have concluded not to consider this question except in a proceeding instituted against the person assuming to act as justice, so that he may be heard upon a matter so directly affecting him.

Writ denied.